# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1666            **Short Title:** In Re: Westborough SPE LLC

     The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Ferris Development Group, LLC _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ Kevin A. Robinson _____    July 13, 2026 _____
Signature                            Date

Kevin A. Robinson, Esq. _____
Name

Mirick O'Connell DeMallie & Lougee, LLP    508-929-1681 _____
Firm Name (if applicable)                   Telephone Number

100 Front Street _____    508-983-6248 _____
Address                          Fax Number

Worcester, MA 01608 _____    krobinson@m1ricklaw.com _____
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 1202500 _____

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 24-9004; 26-9001; 26-1645 _____

=================================================================================

    **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

    **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# CERTIFICATE OF SERVICE

I, Kevin A. Robinson, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 13, 2026.

Angelina M. Savoia, Esq.
Christine E. Devine, Esq.
Nicholson Devine LLC
P.O. Box 7
Medway, MA 02053
angelina@nicholsondevine.com
christine@nicholsondevine.com
*Attorney for Jonathan R. Goldsmith, Chapter 7*
*Trustee of Westborough SPE LLC, Appellee*

Roger L. Smerage, Esq.
Brian Walter Riley, Esq.
KP Law P.C.
101 Arch St., 12th Floor
Boston, MA 02210-1109
rsmerage@k-plaw.com
briley@k-plaw.com
*Attorney for Town of Westborough, Appellee*

Stephen F. Gordon, Esq.
The Gordon Law Firm LLP
57 River Street, Suite 200
Wellesley, MA 02481
sgordon@gordonfirm.com
*Attorney for Nathanson & Goldberg, P.C., Appellee*

Jonathan La Liberte, Esq.
Sherin and Lodgen LLP
101 Federal Street, 30th Floor Boston, MA 02110
jclaliberte@sherin.com
*Attorney for Creditor Sherin and Lodgen LLP*

Darin Clagg
24 Kobbs Korner Rd.
Pine Bush, NY 12566
*Creditor*

Lolonyon Y. Akouete
800 Red Milles Rd.
Wallkill, NY 21224
info@smartinvestorsllc.com
*Appellant*

Jonathan R. Goldsmith, Esq.
Egan, Flanagan & Cohen, P.C.
67 Market Street
Springfield, MA 01102-9035
jrg@efclaw.com
*Chapter 7 Trustee, Appellee*

Lenard Benson
Zide Butters Brazilian LLP
420 Boylston Street, 4th Floor
Boston, MA 02116
zide@buttersbrazilian.com
*Attorney for Creditor The MobileStreet Trust*

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798
Deniseedwards818@yahoo.com
*Interested Party*

Peter J. Nicosia, Esq.
Nicosia & Associates, PC
PO Box 721, 259 Middlesex Rd. Tyngsboro, MA 01879 nicosia@nicosia-associates.com
*Attorney for Bochasanwasi Shree Akshar Purushottam Swaminarayan Sanstha Northeast, Appellee*

Jose Couto Centeio, Esq.
Centeio & Associates, LLC
338 Commercial Street, First Floor
Boston, MA 02109
info@jcfirm.com
*Attorney for Petitioning Nathanson & Goldberg, P.C, Appellee*

Christopher M. Mulhearn, Esq.
Law Office of Christopher M .
Mulhearn Inc.
100 Centerville Road, Suite 1
Warwick, RI 02886
cmulhearn@mulhearnlawri.com
*Attorney for Lax Media LLC and Lax Media MA LLC*

Scott Adam Schlager, Esq.
Troutman, Pepper, Locke, LLP
111 Huntington Ave, 9th Floor
Boston, MA 02111
*Attorney for Nathanson & Golderberg, P.C., Appellee*

*/s/ Kevin A. Robinson*

Kevin A. Robinson, Esq.

Dated, July 13, 2026